

ORDERED in the Southern District of Florida on November 19, 2020.

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 20-15363-SMG |
| LINDA GIACCIO | Chapter 13 |
| _____Debtor(s)_____/ | |

### ORDER GRANTING INTERESTED PARTY MAHENDRA PATEL'S MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS CASE came to be heard on November 12, 2020 at 1:00 PM on the Interested Parties, Mahendra and Kashmira Patel's *Motion for Relief from Automatic Stay* (DE 47; the "Motion"). Based upon the Interested Party's assertions made in support of the Motion, without objection, and having considered the record in this case, and being duly advised in the premises, it is:

**ORDERED AND ADJUDGED**:

1. The Motion is **GRANTED**.

2. The Automatic Stay under 11. U.S.C. § 362(d) is hereby immediately lifted as to the Interested Parties, Mahendra and Kashmira Patel, such that they may take any and all necessary steps to exercise any and all rights they may have as to the property located at 610

Littlecroft Rd., Upper Darby, PA 19082.

3.  The 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

###

Submitted By:

EDWARD M. SHAHADY, P.A. Attorney for Interested Parties, 7900 Peters Road., Ste. B-200, Fort Lauderdale, FL 33324, (954) 442-1000

Attorney Edward M. Shahady is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.